**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank (USA) National Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA L. HERNANDEZ, | CASE NO.:  2:15-CV-01765-JAD-CWH |
| Plaintiff, | |
| v. | *Assigned To The Hon. Judge Jennifer A. Dorsey; Referred To The Hon. Magistrate Judge Carl W. Hoffman* |
| CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| Defendants. | |
| | **(SECOND REQUEST)** |
| | Complaint Filed:      09/14/2015 |

Plaintiff Angela L. Hernandez ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA) National Association" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by thirty (30) days, as follows:

**WHEREAS:**

1.      Plaintiff filed the Complaint in this matter on September 14, 2015;

2.      The parties previously stipulated to extend Capital One's deadline to respond to the Complaint by 15 days, and filed a stipulation with the Court on October 8, 2015;

3.      The Parties agree that a further extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4.      Capital One and Plaintiff have agreed to seek a 30 day extension to Capital One's current October 22, 2015 deadline, until November 21, 2015, to respond to the Complaint in order to further early settlement discussions;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2        Plaintiff and Capital One request a 30 day extension to Capital One's current

3    October 22, 2015 responsive pleading deadline.

4    **IT IS SO STIPULATED.**

5    DATED:  October 22, 2015          **Law Office of Mitchell D. Gliner**

6

7                                      By: ___/s/ Mitchell D. Gliner_____
                                        MITCHELL D. GLINER
                                        Nevada Bar No. 003419

8                                      Attorneys for Plaintiff
                                        ANGELA L. HERNANDEZ

9

10   DATED:  October 22, 2015          **Fernald Law Group LLP**

11

12                                     By:___/s/ Brandon C. Fernald_____
                                        BRANDON C. FERNALD

13                                     Nevada Bar No.10582
                                        Attorneys for Defendant,

14                                     CAPITAL ONE BANK (USA), N.A.

15

16                        **<u>ORDER</u>**

17       The Court has reviewed the Stipulation filed by Plaintiff Angela L. Hernandez

18   and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA)

19   National Association" ("Capital One"), to extend Capital One's time to file a

20   responsive pleading by thirty (30) days.  The Stipulation is incorporated herein by

21   reference.  Good cause appearing thereon, the Court hereby orders as follows:

22       Capital One's time to file a responsive pleading to the Complaint is hereby

23   extended.  Capital One shall file its responsive pleading to the Complaint on or before

24   November 21, 2015.

25   **IT IS SO ORDERED.**

26

27   DATED:  _____October 26, 2015_____          _____

28                                                     United States Magistrate Judge

2