**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank (USA) National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA L. HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION<br><br>    Defendants. | CASE NO.:  2:15-CV-01765-JAD-CWH<br><br>*Assigned To The Hon. Judge Jennifer A. Dorsey; Referred To The Hon. Magistrate Judge Carl W. Hoffman*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)**<br><br>Complaint Filed:     09/14/2015 |

Plaintiff Angela L. Hernandez ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA) National Association" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by seven (7) days, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on September 14, 2015;

2. The Parties stipulated to extend Capital One's deadline to respond to the Complaint, and the Court extended Capital One's deadline until October 22, 2015, November 21, 2015, and December 4, 2015;

3. The Parties agree that a further extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4. Capital One and Plaintiff have agreed to seek a brief seven (7) day extension to Capital One's current deadline, until December 11, 2015, to respond to the Complaint in order to further early settlement discussions;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's time to file a responsive pleading to Plaintiff's Complaint should be extended to and including December 11, 2015.

**IT IS SO STIPULATED.**

DATED:  December 3, 2015            **Law Office of Mitchell D. Gliner**

By:  */s/ Mitchell D. Gliner*_____
     MITCHELL D. GLINER
     Nevada Bar No. 003419
     Attorneys for Plaintiff
     ANGELA L. HERNANDEZ

DATED:  December 3, 2015            **Fernald Law Group LLP**

By*:  /s/ Brandon C. Fernald*_____
     BRANDON C. FERNALD
     Nevada Bar No.10582
     Attorneys for Defendant,
     CAPITAL ONE BANK (USA), N.A.

## ORDER

The Court has reviewed the Stipulation filed by Plaintiff Angela L. Hernandez and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA) National Association" ("Capital One"), to extend Capital One's time to file a responsive pleading by seven (7) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before December 11, 2015.

**IT IS SO ORDERED.**

DATED:  December 8, 2015                 _____
                                          United States Magistrate Judge

2
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT