1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Named As Capital One Bank (USA) National Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA L. HERNANDEZ,<br><br>              Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA),<br>NATIONAL ASSOCIATION<br><br>              Defendants. | CASE NO.:  2:15-CV-01765-JAD-CWH<br><br>*Assigned To The Hon. Judge Jennifer A. Dorsey; Referred To The Hon. Magistrate Judge Carl W. Hoffman*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIFTH REQUEST)**<br><br>Complaint Filed:        09/14/2015 |

Plaintiff Angela L. Hernandez ("Plaintiff"), by and through her counsel of record, and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA) National Association" ("Capital One"), by and through its counsel of record, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint by seven (7) days, as follows:

**WHEREAS:**

1.      Plaintiff filed the Complaint in this matter on September 14, 2015;

2.      The Parties stipulated to extend Capital One's deadline to respond to the Complaint, and the Court extended Capital One's deadline until October 22, 2015, November 21, 2015, December 4, 2015, and December 11, 2015;

3.      The Parties agree that a brief further extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

4.      Capital One and Plaintiff have agreed to seek a brief seven (7) day extension to Capital One's current deadline, until December 18, 2015, to respond to the Complaint in order to further early settlement discussions;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2    Capital One's time to file a responsive pleading to Plaintiff's Complaint should

3    be extended to and including December 18, 2015.

4    **IT IS SO STIPULATED.**

5    DATED:  December 11, 2015          **Law Office of Mitchell D. Gliner**

6

7                                       By:  ___/s Mitchell D. Gliner___
                                         MITCHELL D. GLINER
                                         Nevada Bar No. 003419
8                                        Attorneys for Plaintiff
                                         ANGELA L. HERNANDEZ
9

10   DATED:  December 11, 2015          **Fernald Law Group LLP**

11

12                                      By:___/s Brandon C. Fernald___
                                         BRANDON C. FERNALD
13                                       Nevada Bar No.10582
                                         Attorneys for Defendant,
14                                       CAPITAL ONE BANK (USA), N.A.

15

16                           <u>ORDER</u>

17   The Court has reviewed the Stipulation filed by Plaintiff Angela L. Hernandez

18   and Defendant Capital One Bank (USA), N.A., named as "Capital One Bank (USA)

19   National Association" ("Capital One"), to extend Capital One's time to file a

20   responsive pleading by seven (7) days.  The Stipulation is incorporated herein by

21   reference.  Good cause appearing thereon, the Court hereby orders as follows:

22   Capital One's time to file a responsive pleading to the Complaint is hereby

23   extended.  Capital One shall file its responsive pleading to the Complaint on or before

24   December 18, 2015.

25   **IT IS SO ORDERED.**

26

27   DATED: ___December 14, 2015___          _____

28                                            The Honorable Carl W. Hoffman
                                              United States Magistrate Judge