Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff Robert S. Corns

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA L. HERNANDEZ<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA),<br>NATIONAL ASSOCIATION<br><br>    Defendant. | No. 2:15-cv-01765-JAD-CWH<br><br>**ORDER** |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                FERNALD LAW GROUP LLP

_____               _____
MITCHELL D. GLINER, ESQ.                BRANDON C. FERNALD, ESQ.
Nevada Bar No. 3419                     Nevada Bar No. 10582
3017 W. Charleston Blvd. # 95           6236 Laredo Street
Las Vegas, Nevada 89102                 Las Vegas, NV 89146
Attorney for Plaintiff                  Attorneys for Defendant

   Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

   Dated: November 1, 2016.

                                        _____
                                        UNITED STATES DISTRICT JUDGE